RECEIVED: 11/03/2008 03:52:31 PM

DAN O"ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>**BREAK THROUGH CONSTRUCTION, INC., f/k/a MORRISON INTERNATIONAL CONSTRUCTION,**<br><br>Debtor. | No. **06-00784-FLK11**<br><br>Chapter 11<br><br>**FINDINGS OF FACT** |

**THIS MATTER** coming before the Court upon the issues raised Debtor's request for confirmation of Debtor's Plan of Reorganization filed herein on January 9, 2007, docket number 68, as amended per "First Amendment to Debtor's Plan of Reorganization" filed herein on October 3, 2008, docket number 397 (jointly "Plan") and based upon the evidence produced, the Court now makes the following:

### **FINDINGS OF FACT**

1. Debtor's Plan of Reorganization was filed herein on January 9, 2007, docket number 68, as amended per "First Amendment to Debtor's Plan of Reorganization" filed herein on October 3, 2008, docket number 397 (jointly "Plan") was submitted to Creditors and other parties in interest;

2. That the Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law; and

Findings of Fact-1

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

3. That the provisions of Chapter 11 of the United States Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law; and

4. That (a) each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date, or (b) the Plan does not discriminate unfairly, and is fair and equitable with respect to each class of claims or interests that is impaired under, and has not accepted the Plan; and

5. All payments made or promised by the Debtors or by a person issuing securities or acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case, have been fully disclosed to the Court and are reasonable and are hereby approved, or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

6. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization of the Debtor, or (b) if the Plan is a plan of liquidation, the Plan sets a time period in which liquidation will be accomplished, and provides for the eventuality that the liquidation is not accomplished in that time period; and

7. That pursuant to the Plan, the following acts or events constitute substantial consummation of the Plan: sixty (60) days following Confirmation, provided that Debtor has paid all installments provided by this Plan to be paid within that time.

8. Creditors were given Notice of Confirmation and no objections thereto were made, or if made, have been resolved.

Findings of Fact-2

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

06-00784-FLK11    Doc 422    Filed 11/04/08    Entered 11/04/08 13:24:24    Pg 2 of 3

1       9.     It is proper that Debtor's Plan be confirmed.

2 PRESENTED BY:

3 SOUTHWELL & O'ROURKE, P.S.

4

5 By: /s/ Dan O'Rourke
     DAN O'ROURKE, WSBA #4911

*Frank L. Kurtz*
Bankruptcy Judge

11/04/2008 11:47:01 AM

Findings of Fact-3

**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159